JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NICHOLAS BUSTAMANTE, | ) | Case No. CV 15-3165-PA (KK) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| J. SOTO, | ) | |
| Respondent. | ) | |

In accordance with the Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that this action is summarily dismissed, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 5/28/15

HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1